145 So. 917

**Archie COLEMAN and J. Ward Coleman v. STATE.**

**6 Div. 296.**

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.

146 So. 917

**Houston COLEMAN v. STATE.**

**8 Div. 769.**

Court of Appeals of Alabama.
Feb. 14, 1933.

SAMFORD, Judge.
Affirmed.

146 So. 918

**Claude COLLINS v. STATE.**

**8 Div. 601.**

Court of Appeals of Alabama.
Feb. 14, 1933.

BRICKEN, Presiding Judge.
Affirmed.

146 So. 917

**C. R. COLLINS v. STATE.**

**8 Div. 669.**

Court of Appeals of Alabama.
Feb. 21, 1933.

SAMFORD, Judge.
Affirmed.

139 So. 912

**M. K. COLLINS v. STATE.**

**7 Div. 865.**

Court of Appeals of Alabama.
Jan. 19, 1932.

RICE, J.
Affirmed.

147 So. 922

**Ted COMMANDER v. STATE.**

**4 Div. 943.**

Court of Appeals of Alabama.
April 11, 1933.

Sollie & Sollie, of Ozark, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

139 So. 913

**B. C. COMPTON v. STATE.**

**8 Div. 356.**

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

146 So. 918

**Charles COOPER v. STATE.**

**8 Div. 720.**

Court of Appeals of Alabama.
Feb. 14, 1933.

RICE, Judge.
Affirmed.